JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KATHERINE LOPEZ, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 11-01555-MMM(JCx) |
| v. | |
| WENDY'S INTERNATTIONAL INC., ET AL., | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable Margaret M. Morrow, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Katherine Lopez

take nothing; that the action be dismissed on the merits; ~~and that the defendant(s):~~

~~recover of the plaintiff(s) its costs of action, taxed in the sum of~~ _____.

Clerk, U. S. District Court

Dated: 6/14/13

By Anel Huerta
Deputy Clerk

At: _____

cc: Counsel of record

CV-44 (11/96)     JUDGMENT ON THE VERDICT FOR DEFENDANT(S)