**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE LOPEZ, <br><br> PLAINTIFF(S) <br> v. <br> WENDY'S INTERNATIONAL INC., ET AL., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 11-01555-MMM(JCx) <br><br> **AMENDED** <br> **JUDGMENT ON THE VERDICT** <br> **FOR DEFENDANT(S)** |

　　This action having been tried before the Court sitting with a jury, the Honorable  Margaret M. Morrow , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

　　IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Katherine Lopez

take nothing; that the action be dismissed on the merits; and that the defendant(s):

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

　　　　　　　　　　　　　　　　　　　　Clerk, U. S. District Court

Dated: 6/14/13　　　　　　　　　　　By  Anel Huerta
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

At: _____

cc:　Counsel of record

CV-44 (11/96)　　　　　JUDGMENT ON THE VERDICT FOR DEFENDANT(S)